IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. DR-01-CR-00659-AM-2 |
| HERIBERTO CASAS-GONZALEZ, A/K/A "BUDA" | ) |
| Defendant. | ) |

## ORDER TO DISMISS INDICTMENT

Came on to be considered the Government's Motion to Dismiss an Indictment against HERIBERTO CASAS-GONZALEZ, A/K/A "BUDA". The Court having considered said motion, finds that the motion should be granted.

THE COURT ORDERS that the Government's Motion to Dismiss Indictment be GRANTED.

ENTERED on this the 13th day of May, 2020.

_____
ALIA MOSES
UNITED STATES DISTRICT COURT JUDGE

A true copy of the original, I certify.
Clerk U.S. District Court

By _____
Deputy Clerk

Returned executed this 13th day of May 2020.

L Galindo
USMS IA